## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 17 B 36854 |
| | ) | |
| EBONY S. PAYNE, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Hon. Judge COX |

### NOTICE OF CONFIRMATION HEARING

**The following parties have been served via electronic mail:**
U.S. Trustee: USTPRegion11.ES.ECF@usdoj.gov
Tom Vaughn, Ch. 13 Trustee: ecf@tvch13.net, courtmail@tvch13.net

**The following parties have been served via regular U.S. mail:**
*See attached list of parties.*

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead, at 219 South Dearborn Street, Chicago, Illinois, in the following courtroom (or any other place posted), for a Confirmation Hearing, at which time and place you may appear:

JUDGE:   COX
ROOM:    680
DATE:    May 7, 2018
TIME:    10:30 a.m.

/s/    Michael R. Colter, II
Michael R. Colter, II, A.R.D.C. #6304675
Attorney for the Debtor(s)

### PROOF OF SERVICE

The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, if service by mail was indicated above, by depositing same with the U.S. Mail in Wheeling, Illinois 60090, before 5:00 p.m. on April 16, 2018 with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

/s/    Michael R. Colter, II
Michael R. Colter, II, A.R.D.C. #6304675
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL 60090
847/ 520-8100

Ebony S. Payne
4118 W. 15th St.
Chicago, IL 60623-1923

AmeriCash Loans
c/o Installment Loan dept.
PO Box 184
Des Plaines, IL 60016-0003

City of Chicago
Dept. of Revenue
PO Box 88292
Chicago, IL 60680-1292

Commonwealth Edison
PO Box 6111
Carol Stream, IL 60197-6111

Illinois Department of Employment
33 S. State 9th Floor
Chicago, IL 60603-2804

Illinois Dept. of Revenue
Bankruptcy Dept.
P.O. BOX 64338
CHICAGO IL 60664-0338

Illinois Tollway
Attn:Attorney General Legal Dept.
2700 Ogden Ave.
Downers Grove, IL 60515-1703

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Overland Bond
4701 W Fullerton Ave
Chicago, IL 60639-1899

Peoples Gas
Bankruptcy Department
200 E. Randolph Street
Chicago, IL 60601-6302

Secretary of State
Safety & Financial Responsibility
2701 South Dirksen Parkway
Springfield, IL 62723-1000

Sprint Nextel Correspondence
Attn: Bankruptcy Dept
PO Box 7949
Overland Park, KS 66207-0949

T-Mobile
c/o American Infosource LP
PO Box 248848
Oklahoma City, OK 73124

Prestige Financial Svc.
Attn:Bankruptcy Department
PO Box 26707
Salt Lake City, UT 84126-0707